# UNITED STATES DISTRICT COURT

| EASTERN | District of | ARKANSAS |

**ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)**

UNITED STATES OF AMERICA

V.

HERSHEL LARON JONES

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 15 2008
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Case Number: 4:01-CR-00029-01 GTE
USM Number: 22313-009

Date of Original Judgment: 3-28-2002
(Or Date of Last Amended Judgment)

Mark F. Hampton (Ret) - (At Orig. Sentencing)
Defendant's Attorney

Upon motion of  ☐ the defendant   ☐ the Director of the Bureau of Prisons   **X** the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  **X** GRANTED and the defendant's previously imposed sentence of imprisonment of __84__ months is reduced to __TIME SERVED AS OF MARCH 3, 2008__.

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to
Departure/Variance/Rule 35):  __33__          Amended Offense Level:  __31__
Criminal History Category:  __III__           Criminal History Category:  __III__
Previous Guideline Range:  __168__ to __210__ months    Amended Guideline Range:  __135__ to __168__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
**X** Other (specify) – **The reduced sentence is consistent with the Rule 35 reduction previously imposed (1/2 of the originally imposed guideline sentence of 168 months).**

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated __1/10/2002__ shall remain in effect.
**IT IS SO ORDERED.**

February 15, 2008                     /s/ James Thomas Eisele
Order Date                            Signature of Judge

__March 3, 2008__                     G. Thomas Eisele, Sr. District Judge
Effective Date (if delayed)           Name and Title of Judge